96 Ill. 473.   Judgment affirmed.   Opinion by WALL, P. J. Judge below, J. J. PHELPS.   Attorneys for appellant, Messrs. ORENDORFF & CREIGHTON; for appellee, Messrs. PATTON & HAMILTON, and Mr. J. E. DOWLING.   Opinion filed Dec. 4, 1885.

### FOURTH DISTRICT.

No. 48.   Rockford Ins. Co. v. Michael O'Connor.   A suit commenced by appellee against appellant to recover pay for services rendered as an agent of the company.   The court being of opinion that the verdict is sustained both as to the finding of the facts and the amount found to be due the plaintiff, the judgment is affirmed.   Opinion by PILLSBURY, P. J. Judge below, AMOS WATTS.   Attorneys for appellant, Messrs. MARSHALL & TAGGART;   for appellee Messrs. HAY & KNISPEL.   Opinion filed Nov. 27, 1885.

No. 34.   Phillip V. N. Davis et al. v. Thomas Hileman. Replevin to recover possession of county orders.   Issues of fact as to ownership, only question involved.   Affirmed. Opinion by PILLSBURY, P. J.   Judge below, D. M. BROWNING.   Attorney for appellant, Mr. W. S. DAY; for appellee, Messrs. LANSDEN, WARE & KARRAKER.   Opinion filed Nov. 27, 1885.

No. 9.   Truman S. Crissey v. John Alsop.   The only question involved is whether the judgment is contrary to the evidence or not.   Courts reluctantly disturb the verdicts of juries, even when large interests are involved, and this reluctance is increased when the amount in litigation is small, and it is manifest that both parties in the end must suffer loss by repeated trials.   The court reverses the case as contrary to the evidence.   Opinion by WILKIN, J.   Judge below, W. C. JONES. Attorney for appellant, Mr. J. N. GWIN; for appellee, Messrs. WOOD BROS.   Opinion filed Nov. 27, 1885.

No. 50.   J. M. Crowell v. Mace Deen et al.   As no error is assigned by appellant, the judgment is affirmed.   Opinion PER CURIAM.   Judge below, O. A. HARKER.   Attorney for appellant, Mr. J. F. McCARTNEY; for appellee, Messrs. MULKEY & LEEK.   Opinion filed Sept. 24, 1885.

No. 40.   A. C. McMurphy v. Ephraim Kimmel.   Appellee